
FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 0 2017

JAMES W. McCORMACK, CLERK
By: _____ RBu
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        CASE NO. 4:17CV00312 JLH

REAL PROPERTY AND STRUCTURES LOCATED AT
14124 CHICOT ROAD, RURAL, ARKANSAS 72103; *ET AL*          DEFENDANTS

## ORDER OF FORFEITURE

Pending before the Court is the United States of America's motion for an order of forfeiture (Dkt. 2). The Court has considered the motion and finds that it has merit. The motion is, therefore, granted. As guided by Title 18, United States Code, Section 985 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem*, served the complaint on all required parties, and published notice of the action for the appropriate length of time. The titled owner of the property, Allan P. Siebert, reports that he consents to the entry of this order of forfeiture as to the properties located at 14124 Chicot Road, Rural, Arkansas 72103 ("Chicot Road Property") and 44 Chenal Circle, Little Rock, AR 72223 ("Chenal Circle Property"). No other party has appeared to challenge the forfeiture.

The Chicot Road Property and the Chenal Circle Property are ordered forfeited and title is now vested in the United States. All prior claims to the Chicot Road Property and the Chenal Circle Property are extinguished and declared void. The Chicot Road Property and the Chenal Circle Property shall be turned over to the United States Marshals Service and disposed of according to law.

The United States has moved to dismiss the condominium located at 26350 Perdido Beach Boulevard, Unit C-1307, Orange Beach, Alabama 36561 from this civil forfeiture action. That

requested is granted and that property is hereby dismissed.

The Clerk is directed to close the case.

IT IS SO ORDERED this 25th day of October 2017.

*signature*

HONORABLE J. LEON HOLMES
United States District Judge